

RECEIVED
IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN REDD (D.O.C. #317023) | CIVIL ACTION NO. 08-854; SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| TOMMY GLOVER & TIM WILKINSON | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS ORDERED AND SIGNED at Alexandria, Louisiana, on this 26th day of _____MAY_____, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE